

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J. WICKRAMARATNA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, )<br>)<br>Defendant. ) | Civil Action No. 21-3296 (UNA) |

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact.").

Plaintiff describes at length the woes that have befallen her because of an alleged romantic and business relationship with defendant. The court concludes that the complaints factual allegations, including assertions that assorted elected officials and members of the former President's cabinet have stalked, harassed, defamed, conspired to murder, and subjected her to harmful "EMP weapons," are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 18, 2022                    /s/
                                          TANYA S. CHUTKAN
                                          United States District Judge